**95–64.** State ex rel. Crandall, Phiels & Wisniewski v. DeCessna. In Procedendo and Prohibition. *Sua sponte,* alternative writ granted.

Resnick, J., not participating.

**95–358.** State v. Coats. *Cuyahoga County,* No. 65748. On motion for leave to file delayed appeal. Motion denied.

Moyer, C.J., and Resnick, J., dissent.

**95–360.** State v. Brown. *Franklin County,* No. 94APA04–602. On motion for leave to file delayed appeal. Motion denied.

Moyer, C.J., and Pfeifer, J., dissent.